UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BEVERLY WEATHINGTON, an Individual,

    Plaintiff,

v

WAYNE STATE UNIVERSITY BOARD OF GOVERNORS,

    Defendant.

_____/

Case Number: 07-15132
Honorable Denise Page Hood
Magistrate Judge: Steven D. Pepe

**STIPULATED PROTECTIVE ORDER REGARDING
CONFIDENTIAL DOCUMENTS**

This matter having come before the Court pursuant to the stipulated agreement of the parties as represented by their undersigned counsel; the Court being otherwise duly advised in the premises; **NOW THEREFORE**:

**IT IS HEREBY ORDERED** that from this date forward any and all Confidential Documents as defined herein and the contents of said documents shall not be disclosed or used for any other purposes other than for those purposes relating to this suit and as outlined in this Stipulated Protective Order, to protect the confidential nature of this information, as more fully set forth below:

    1.    Confidential Documents are referred to in this Stipulated Protective Order refer to:

        a.    Plaintiff's Tax Returns, tax schedules and bank account numbers; and;

        b.    Plaintiff's medical records, excluding documents submitted to Defendants by Plaintiff in connection with her employment or medical leave and maintained in her employment file, i.e., disability slips; and,

        c.    Personnel files of Defendant's current and/or former employees.

2. Any and all Confidential Documents and their contents already in the possession of the parties are to be held in confidence by such party without further disclosure and are to be used solely in conformity with the terms of this Stipulated Protective Order.

3. Insofar as any Confidential Documents are provided to a witness or expert witness, the witness or expert witness must be informed of this Stipulated Protective Order and agree to be bound by its terms.

4. Sixty days after the termination of this action by order or judgment, or by an appellate mandate if appealed, the protected documents will be returned to the parties or attorneys who submitted them.

5. This Stipulated Protective Order may be modified by further written stipulation of the parties, through their respective counsel, or by further order of this Court.

S/DENISE PAGE HOOD
Denise Page Hood
United States District Judge

Dated: August 29, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on August 29, 2008, by electronic and/or ordinary mail.

s/Lisa Ware for William F. Lewis
Case Manager

LAW OFFICES OF MARK KELLEY SCHWARTZ

KITCH DRUTCHAS WANGER VALITUTTI & SHERBROOK

By: _s/ Mark K. Schwartz_
    MARK K. SCHWARTZ (P48058)
    Attorney for Plaintiff
    29201 Telegraph Rd.
    Southfield, MI 48034
    248-353-4000
    mks@mkslawfirm.com

By: _s/ Teri L. Dennings_
    TERI L. DENNINGS (P68884)
    Attorney for Defendants
    One Woodward Avenue, Suite 2400
    Detroit, Michigan 48226
    313-965-6831
    teri.dennings@kitch.com

DATED: August 18, 2008